# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: FERDON, KEVIN L. | § Case No. 11-80707 |
|      FERDON, JESSICA J | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    211 South Court Street
    Room 110
    Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/24/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____   By: ___/s/ STEPHEN G. BALSLEY_____
                                                                Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: FERDON, KEVIN L. | § | Case No. 11-80707 |
| FERDON, JESSICA J | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.05 |
| *and approved disbursements of* | $ 5.50 |
| *leaving a balance on hand of* [1] | $ 4,994.55 |
| **Balance on hand:** | $ 4,994.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,994.55 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,248.64 | 0.00 | 1,248.64 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,429.00 | 0.00 | 1,429.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,677.64 |
| Remaining balance: | $ 2,316.91 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,316.91

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,316.91

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,224.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Citibank N.A. | 9,177.54 | 0.00 | 515.79 |
| 2 | Capital One Bank (USA), N.A. | 5,156.41 | 0.00 | 289.80 |
| 3 | Chase Bank USA, N.A. | 7,717.09 | 0.00 | 433.71 |
| 4 | Chase Bank USA, N.A. | 2,656.46 | 0.00 | 149.30 |
| 5 | PYOD LLC its successors and assigns as assignee of | 5,250.36 | 0.00 | 295.08 |
| 6 | Verizon Wireless | 191.58 | 0.00 | 10.77 |
| 7 | GE Money Bank | 5,295.30 | 0.00 | 297.61 |
| 8 | PNC BANK | 880.21 | 0.00 | 49.47 |
| 9 | PNC BANK | 4,899.83 | 0.00 | 275.38 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 2,316.91 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |


Prepared By: /s/STEPHEN G. BALSLEY
                          Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 11-80707-MB
Kevin L. Ferdon                                                     Chapter 7
Jessica J Ferdon
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez            Page 1 of 1                Date Rcvd: Aug 02, 2011
                              Form ID: pdf006          Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2011.
```
db/jdb     +Kevin L. Ferdon,    Jessica J Ferdon,    220 E. 5th St.,    Belvidere, IL 61008-5302
aty        +Charles T Sewell,    Charles T. Sewell, P.C.,    215 South State St,    Belvidere, IL 61008-3616
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2582
17542561    American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
             Oklahoma City, OK  73124-8840
16861971    Capital One Bank,    P.O.Box 6492,    Carol Stream, IL 60197-6492
17194856    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
16861972   +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
16861973    Chase Bank,    P.O.Box 15153,    Wilmington, DE 19886-5153
17228437    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16861974    Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
16861975    Citi Mortgage,    P.O. Box 183040,    Columbus, OH 43218-3040
17481864   +PNC BANK,    PO BOX 94982,    CLEVELAND,OH 44101-4982
16861979    PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
16861978    PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
17346417   +PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16861980   +Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17149108    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 03 2011 02:05:29
             American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
             Oklahoma City, OK  73124-8840
16861976   +E-mail/Text: legalcollections@comed.com Aug 03 2011 01:40:26      Com Ed,    Bill Payment Center,
             Chicago, IL 60668-0001
17467521    E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2011 01:45:32      GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16861977    E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2011 01:45:33      J.C. Penny,    P.O.Box 960090,
             Orlando, FL 32896-0090
17389342   +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 03 2011 01:55:31      Verizon Wireless,
             PO BOX 3397,    Bloomington, IL 61702-3397
16861981   +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 03 2011 01:55:31      Verizon Wireless,
             5175 Emrald Pkwy,    Dublin, OH 43017-1067
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2582
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 04, 2011**                         **Signature:**         *Joseph Speetjens*