## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: FERDON, KEVIN L. | § | Case No. 11-80707 |
| FERDON, JESSICA J | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $148,107.00
*(without deducting any secured claims)*

Assets Exempt: $45,257.00

Total Distribution to Claimants: $2,316.91

Claims Discharged
Without Payment: $39,157.87

Total Expenses of Administration: $2,683.14

3) Total gross receipts of $ 5,000.05   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2** ), yielded net receipts of $5,000.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $133,850.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,383.14 | 2,683.14 | 2,683.14 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,170.00 | 41,224.78 | 41,224.78 | 2,316.91 |
| **TOTAL DISBURSEMENTS** | $174,020.00 | $44,607.92 | $43,907.92 | $5,000.05 |

4)  This case was originally filed under Chapter 7 on February 24, 2011. The case was pending for 9 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/06/2011             By:  /s/STEPHEN G. BALSLEY
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Ford F250 | 1129-000 | 3,400.00 |
| 1958 John Deere 720 Tractor | 1129-000 | 500.00 |
| 1948 John Deere M Tractor | 1129-000 | 300.00 |
| 1961 Alice chalmers WD45 tractor | 1129-000 | 400.00 |
| 1939 B Alice Chalmers tractor | 1129-000 | 400.00 |
| Interest Income | 1270-000 | 0.05 |
| **TOTAL GROSS RECEIPTS** | | $5,000.05 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | PNC Bank | 4110-000 | 26,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Mortgage | 4110-000 | 106,950.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $133,850.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,248.64 | 1,248.64 | 1,248.64 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,129.00 | 1,429.00 | 1,429.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.50 | 5.50 | 5.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,383.14 | 2,683.14 | 2,683.14 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Citibank N.A. | 7100-000 | 8,720.00 | 9,177.54 | 9,177.54 | 515.79 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 5,000.00 | 5,156.41 | 5,156.41 | 289.80 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 7,600.00 | 7,717.09 | 7,717.09 | 433.71 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 2,650.00 | 2,656.46 | 2,656.46 | 149.30 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 5,025.00 | 5,250.36 | 5,250.36 | 295.08 |
| 6 | Verizon Wireless | 7100-000 | 245.00 | 191.58 | 191.58 | 10.77 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | GE Money Bank | 7100-000 | 5,110.00 | 5,295.30 | 5,295.30 | 297.61 |
| 8 | PNC BANK | 7100-000 | 860.00 | 880.21 | 880.21 | 49.47 |
| 9 | PNC BANK | 7100-000 | 4,710.00 | 4,899.83 | 4,899.83 | 275.38 |
| NOTFILED | Com Ed Bill Payment Center | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 40,170.00 | 41,224.78 | 41,224.78 | 2,316.91 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-80707 | Trustee:    (330410)    STEPHEN G. BALSLEY |
| Case Name:    FERDON, KEVIN L. | Filed (f) or Converted (c): 02/24/11 (f) |
|                 FERDON, JESSICA J | §341(a) Meeting Date: 03/31/11 |
| Period Ending: 12/06/11 | Claims Bar Date: 07/06/11 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1   single family residence 220 E. 5th St., Belvider | 95,000.00 | 0.00 | DA | 0.00 | FA |
| 2   Checking Account Castle Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 3   Furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4   Precious Moments Collectibles | 500.00 | 0.00 | DA | 0.00 | FA |
| 5   Firearms | 500.00 | 0.00 | DA | 0.00 | FA |
| 6   Profit sharing | 28,000.00 | 0.00 | DA | 0.00 | FA |
| 7   IRA Retirement | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 8   income tax refund | 5,457.00 | 0.00 | DA | 0.00 | FA |
| 9   2001 Dodge Dakota | 5,000.00 | 200.00 | DA | 0.00 | FA |
| 10   2001 Ford F250 | 7,000.00 | 3,400.00 | DA | 3,400.00 | FA |
| 11   1958 John Deere 720 Tractor | 500.00 | 500.00 | DA | 500.00 | FA |
| 12   1948 John Deere M Tractor | 300.00 | 300.00 | DA | 300.00 | FA |
| 13   1961 Alice chalmers WD45 tractor | 400.00 | 400.00 | DA | 400.00 | FA |
| 14   1939 B Alice Chalmers tractor | 400.00 | 400.00 | DA | 400.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A | | 0.05 | FA |
| 15   **Assets**    **Totals** (Excluding unknown values) | **$148,107.00** | **$5,200.00** | | **$5,000.05** | **$0.00** |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    July 6, 2011        Current Projected Date Of Final Report (TFR):    July 15, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-80707 |
| Case Name: | FERDON, KEVIN L. |
| | FERDON, JESSICA J |
| Taxpayer ID #: | **-***4397 |
| Period Ending: | 12/06/11 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******63-65 - Money Market Account |
| Blanket Bond: | $373,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/31/11 | | Kevin and Jessica Ferdon | Settlement for Bankruptcy Estate's interest in non-exempt assets | | | 5,000.00 | | 5,000.00 |
| | {10} | | Payment for debtors non-exempt interest | 3,400.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Payment for debtors non-exempt interest | 500.00 | 1129-000 | | | 5,000.00 |
| | {12} | | Payment for debtors non-exempt interest | 300.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Payment for debtors non-exempt interest | 400.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Payment for debtors non-exempt interest | 400.00 | 1129-000 | | | 5,000.00 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #11-80707 | | 2300-000 | | 5.50 | 4,994.50 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.04 | | 4,994.54 |
| 07/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.01 | | 4,994.55 |
| 07/15/11 | | To Account #9200******6366 | Transfer funds from MMA to Checking Account | | 9999-000 | | 4,994.55 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | **5,000.05** | **5,000.05** | **$0.00** |
| Less: Bank Transfers | 0.00 | 4,994.55 |
| **Subtotal** | **5,000.05** | **5.50** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$5,000.05** | **$5.50** |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-80707 |
| Case Name: | FERDON, KEVIN L. |
| | FERDON, JESSICA J |
| Taxpayer ID #: | **-***4397 |
| Period Ending: | 12/06/11 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******63-66 - Checking Account |
| Blanket Bond: | $373,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/15/11 | | From Account #9200******6365 | Transfer funds from MMA to Checking Account | 9999-000 | 4,994.55 | | 4,994.55 |
| 08/24/11 | 101 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,248.64, Trustee Compensation;  Reference: | 2100-000 | | 1,248.64 | 3,745.91 |
| 08/24/11 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,429.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,429.00 | 2,316.91 |
| 08/24/11 | 103 | American InfoSource LP as agent for Citibank N.A. | Dividend paid  5.62% on $9,177.54; Claim# 1; Filed: $9,177.54; Reference: | 7100-000 | | 515.79 | 1,801.12 |
| 08/24/11 | 104 | Capital One Bank (USA), N.A. | Dividend paid  5.62% on $5,156.41; Claim# 2; Filed: $5,156.41; Reference: | 7100-000 | | 289.80 | 1,511.32 |
| 08/24/11 | 105 | Chase Bank USA, N.A. | Dividend paid  5.62% on $7,717.09; Claim# 3; Filed: $7,717.09; Reference: | 7100-000 | | 433.71 | 1,077.61 |
| 08/24/11 | 106 | Chase Bank USA, N.A. | Dividend paid  5.62% on $2,656.46; Claim# 4; Filed: $2,656.46; Reference: | 7100-000 | | 149.30 | 928.31 |
| 08/24/11 | 107 | PYOD LLC its successors and assigns as assignee of | Dividend paid  5.62% on $5,250.36; Claim# 5; Filed: $5,250.36; Reference: | 7100-000 | | 295.08 | 633.23 |
| 08/24/11 | 108 | Verizon Wireless | Dividend paid  5.62% on $191.58; Claim# 6; Filed: $191.58; Reference: | 7100-000 | | 10.77 | 622.46 |
| 08/24/11 | 109 | GE Money Bank | Dividend paid  5.62% on $5,295.30; Claim# 7; Filed: $5,295.30; Reference: | 7100-000 | | 297.61 | 324.85 |
| 08/24/11 | 110 | PNC BANK | Dividend paid  5.62% on $880.21; Claim# 8; Filed: $880.21; Reference: | 7100-000 | | 49.47 | 275.38 |
| 08/24/11 | 111 | PNC BANK | Dividend paid  5.62% on $4,899.83; Claim# 9; Filed: $4,899.83; Reference: | 7100-000 | | 275.38 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,994.55 | 4,994.55 | $0.00 |
| Less: Bank Transfers | 4,994.55 | 0.00 | |
| **Subtotal** | 0.00 | 4,994.55 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$4,994.55** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** | 11-80707 |
| **Case Name:** | FERDON, KEVIN L. |
| | FERDON, JESSICA J |
| **Taxpayer ID #:** | **-***4397 |
| **Period Ending:** | 12/06/11 |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******63-66 - Checking Account |
| **Blanket Bond:** | $373,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******63-65** | 5,000.05 | 5.50 | 0.00 |
| **Checking # 9200-******63-66** | 0.00 | 4,994.55 | 0.00 |
| | $5,000.05 | $5,000.05 | $0.00 |

{} Asset reference(s)